927 A.2d 418

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Willie J. MAHONE, Respondent.**

**Misc. Docket AG No. 1, Sept. Term, 2007.**

Court of Appeals of Maryland.

July 10, 2007.

## *ORDER*

Upon consideration of the Joint Petition for Reprimand by Consent filed herein by Petitioner and counsel for Respondent, it is this 10th day of July, 2007,

ORDERED, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby granted and the Respondent is reprimanded for violating Rule 8.1(b) of the Maryland Rules of Professional Conduct.